IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ZAAHIR SMITH, | § | |
| | § | No. 253, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1605014734A (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: October 4, 2023
Decided: December 11, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## <u>**ORDER**</u>

After consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons cited by the Superior Court in its June 20, 2023 order denying the appellant's first, untimely motion for postconviction relief.[1] Although the Superior Court noted that the claims raised in the appellant's supplemental response were time-barred, it nonetheless considered them on their merits. And the court—which appointed counsel to assist the appellant with the postconviction proceedings and expanded the record with briefing as well as an

---

[1] *State v. Smith*, 2023 WL 4102774 (Del. Super. Ct. June 20, 2023).

affidavit from trial counsel—did not abuse its discretion by declining to expand the record further.[2]

NOW, THEREFORE, IT IS ORDERED that the motion to affirm be GRANTED and the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[2] *See* Del. Super. Ct. Crim. R. 61(g)(1) (noting that the Superior Court *may* direct the parties to expand the record).